AO82
Rev 0599
IAN

**ORIGINAL**
Deputy **124663**

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA
at *Cedar Rapids*

RECEIVED FROM *Dutton, Braun et al*
*3151 Brockway Rd.*
*Waterloo*
*IA 50704*

| | ACCOUNT | AMOUNT | |
|---|---|---|---|
| Fund: | | | |
| 6855XX-D08IANX | 510000 | 190 | 00 |
|   Deposit Fund | | | |
| 604700-D08IANX | 086980 | 60 | 00 |
|   Registry Fund | | | |

General & Special Funds:
085000  Atty Adm Fees
086900  Filing Fees
0869PL  Prisoner IFP F.Fees
109900  Criminal Debt Penalty /
        Costs of Prosecution
322350  Copy Fees
322360  Miscellaneous Fees
504100  Crime Victims Fund
510000  Filing Fees Spec Acct
5100PL  Prisoner IFP Filing Fee
510100  Registry Fee Assessed

| | |
|---|---|
| TOTAL | 250.00 |

Case Number or Other Reference
*C05-1010*

*new case*
*filing fee*
*for*

*Faucher vs.*
*Archdiocese*
*of Dubuque*

Checks and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK: |
|---|---|---|---|---|---|
| 2/18/05 | | | | ✓ | *Mary Sehe* |

© U.S. GOVERNMENT PRINTING OFFICE: 2004–656-826