AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The Northern  District of  Iowa Cedar Rapids Division

JOSEPH FAUCHER

V.

THE ARCHDIOCESE OF DUBUQUE
and WILLIAM T. SCHWARTZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C05-1010 LRR

TO: (Name and address of Defendant)

The Archdiocese of Dubuque
1229 Mt. Loretta Avenue
Dubuque, IA 52003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Staack
Chad A Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
PO Box 810
Waterloo, IA 50704-0810

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE

FEB 15 2005

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

For The Northern   District of   Iowa Cedar Rapids Division

JOSEPH FAUCHER

V.

THE ARCHDIOCESE OF DUBUQUE
and WILLIAM T. SCHWARTZ

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 05-1010 LRR

TO: (Name and address of Defendant)

William T. Schwartz

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas L. Staack
Chad A Swanson
Dutton, Braun, Staack & Hellman, P.L.C.
3151 Brockway Road
PO Box 810
Waterloo, IA 50704-0810

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Pridgen J. Watkins, Clerk

FEB 18 2005

CLERK

DATE

(By) DEPUTY CLERK