

# MARICOPA COUNTY SHERIFF'S OFFICE
Civil Process Section
102 West Madison Street
Phoenix, Arizona 85003-2292

JOSEPH FAUCHER
vs.
F DUBUQUE THE ARCHDIOCESE O

| | | |
|---|---|---|
| STATE OF ARIZONA ) | Case # | C051010LRR |
| ) ss. | | |
| County of Maricopa ) | Docket # | C203131 |

R. DERFUS #S1424, BEING FIRST DULY SWORN ON OATH DEPOSES AND SAYS: THAT HE IS A CITIZEN OF THE UNITED STATES OVER THE AGE OF 21 YEARS: THAT HE HAS NO INTEREST WHATSOEVER IN THE WITHIN ENTITLED MATTER; THAT HE IS A REGULARLY APPOINTED DEPUTY SHERIFF OF MARICOPA COUNTY, ARIZONA, AND AS SUCH HAS THE POWER TO SERVE CIVIL PROCESSES WITHIN SAID COUNTY; THAT HE SERVED THE WITHIN SUMMONS IN A CIVIL CASE ON THE 18TH DAY OF APRIL, 2005, ON THE WITHIN NAMED DEFENDANT WILLIAM T. SCHWARTZ, IN PERSON, AT 6421 SOUTH OAKMONT DRIVE, CHANDLER, ARIZONA AT 2:55 P.M., IN THE COUNTY OF MARICOPA, A COPY OF SAID SUMMONS IN A CIVIL CASE TO WHICH WAS ATTACHED A TRUE COPY OF THE COMPLAINT, COMPLAINT AND JURY DEMAND MENTIONED THEREIN.

Fees:

```
1 service........ $     16.00     Joseph M. Arpaio
  miles..........                 Maricopa County Sheriff
1 notary.........        8.00
                     ------------  By  R. Derfus 1424
         Total          24.00      R. DERFUS, #S1424, Deputy Sheriff
```

Subscribed and sworn to before me this 20th Day of April, 2005

_____
Notary Public in and for the County of Maricopa - State of Arizona

"OFFICIAL SEAL"
Bob Benner
Maricopa County
My Comm. Expires 9/7/2005

A8004
CVLF002