AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| FOR THE NORTHERN | DISTRICT OF | IOWA, CEDAR RAPIDS DIVISION |

JOSEPH FAUCHER,  )
         Plaintiff,  )
vs.  )
    )
THE ARCHDIOCESE OF DUBUQUE  )
and WILLIAM T. SCHWARTZ,  )
    )
         Defendants.  )

**APPEARANCE**

Case Number: 2:05-CV-1010LRR

FILED
U.S. DISTRICT COURT
CEDAR RAPIDS OFFICE
NORTHERN DISTRICT OF IOWA
MAY 0 6 2005
By: _____ DEPUTY

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for William T. Schwartz, Defendant.

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 4, 2005 | *[signature]* |
| Date | Signature |
| | Werner Hellmer      #2266 |
| | Print Name      Bar Number |
| | 1141 Main Street |
| | Address |
| | Dubuque     IA     52001 |
| | City     State     Zip Code |
| | 563/557-1885      563/557-2335 |
| | Phone Number      Fax Number |