FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HOOTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAY 0 6 2005

By: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOSEPH FAUCHER, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>THE ARCHDIOCESE OF DUBUQUE )<br>and WILLIAM T. SCHWARTZ, )<br>)<br>Defendants. ) | CASE NO. 2:05-CV-1010-LRR |

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS

### RELIEF REQUESTED

Defendant, William T. Schwartz, moves this Court for an order granting Defendant 12 days of additional time, or until May 20, 2005, to file responsive pleadings.

### GROUNDS FOR MOTION

The additional time requested for the filing of responsive pleadings is needed in order to permit counsel for the Defendant to investigate claims and prepare the appropriate responsive pleadings. Counsel has just been recently retained.

### FACTUAL BASIS FOR THE MOTION

1. Defendant, an Arizona resident, was served with this action on April 18, 2005. Responsive pleading is due to be filed on May 9, 2005.

2. The undersigned counsel was recently retained to represent Defendant and needs additional time to investigate the claim and to file responsive pleadings

3.  The requested extension will not prejudice the parties' rights or their ability to proceed in this action.

4.  Prior to making this motion, Defense counsel telephonically contacted counsels for the Plaintiff and Co-Defendant concerning this extension. The parties had no objection to the extension.

5.  The Defendant certifies that this is a first extension of time requested.

6.  The extension will not interfere with other court imposed deadlines.

7.  Final pretrial conference or trial have not been scheduled.

        Respectfully submitted,

        WILLIAM T. SCHWARTZ, Defendant,

By: _____
        Werner Hellmer
        AIN: 000002266
        DAY, HELLMER & STRAKA, P.C.
        1141 Main Street
        Dubuque, Iowa 52001
        Telephone: 563/557-1885
        Facsimile:  563/557-2335

        ATTORNEY FOR DEFENDANT
        WILLIAM T. SCHWARTZ.

Original filed electronically.

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing instrument was served upon all parties to the above cause or to their attorneys of record by enclosing the same in an envelope addressed to said parties or their attorneys whose names and addresses appear below this Certificate and delivering a copy to said parties or their attorneys or by mailing the same with postage prepaid, and by depositing said envelope in a United States Post Office Mailbox in Dubuque, Iowa, on the 6th day of May 2005.

Signature _____

Copies to:

Attorneys Thomas L. Staack and
Chad A. Swanson
Dutton, Braun, Staack
& Hellman, P.L.C.
3151 Brockway Road, P.O. Box 810
Waterloo, IA 50704


Attorneys Brendan T. Quann and
Davin C. Curtiss
O"Connor & Thomas, P.C.
700 Locust Street, Ste.200
Dubuque, Iowa 52001-6874