**UNITED STATES DISTRICT COURT**

PRIDGEN J. WATKINS  **NORTHERN DISTRICT OF IOWA**  P.O. BOX 74710
CLERK  **CEDAR RAPIDS, IOWA 52407-4710**  319-286-2300

# invoice

Date: _____

Name: _____

Firm: _____

Address: _____

City, State: _____  Phone: ( )

**REGARDING:**

| | |
|---|---|
| Case Caption & No: | |
| Fees Incurred For: | |
| G  Copies: _____ pages @  Q $.10  or  Q $.50 per page | $ _____ |
| *Description:* ........................................ | |
| G  Sanctions: _____ document(s) @ $25/document[1] | $ _____ |
| *Description:* ........................................ | |
| Funding:   G  322350 (copies)    G  109900 (sanctions) | |
| | **TOTAL:**  $ |

Please remit payment for above amount, with a check made payable to:
**"CLERK, U.S. DISTRICT COURT"**

and submit, with a copy of this billing, to:
**CLERK, UNITED STATES DISTRICT COURT
FEDERAL BUILDING, P.O. BOX 74710
CEDAR RAPIDS, IA 52407-4710**

**Payment must be received at the above address within <u>ten (10) days</u> from the date of this billing.**

*Karen S. Jorgensen*
_____
Deputy Clerk

Copy to: Financial

---
[1] *See* ADMIN. ORD NO. 04-AO-0003-P