FILED
U.S. DISTRICT COURT
CEDAR RAPIDS HDQTRS OFFICE
NORTHERN DISTRICT OF IOWA

MAY 11 2005

By: _____ DEPUTY

AO82
Rev 0599
IAN

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA
at _CR.otls_

125292

RECEIVED FROM _Day, Hellmer & Streka_
_1141 Main St_
_Dubuque, Ia 52001_

**Fund:**
6855XX-D08IANX
  Deposit Fund
604700-D08IANX
  Registry Fund
**General & Special Funds:**
085000  Atty Adm Fees
086900  Filing Fees
0869PL  Prisoner IFP F.Fees
109900  Criminal Debt Penalty /
        Costs of Prosecution
322350  Copy Fees
322360  Miscellaneous Fees
504100  Crime Victims Fund
510000  Filing Fees Spec Acct
5100PL  Prisoner IFP Filing Fee
510100  Registry Fee Assessed

| ACCOUNT | AMOUNT | |
|---|---|---|
| 109900 | 50 | 00 |
| | | |
| TOTAL | 50.00 | |

Case Number or Other Reference
_CV05-1010_

_Sanction Fee_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _5/11/05_   Cash [ ]  Check [✓]  M.O. [ ]  Credit [ ]   DEPUTY CLERK: _K. Jorgensen_