IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JOSEPH FAUCHER, | ) | No. C05-1010 JAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PLAINTIFF'S DESIGNATION** |
| | ) | **OF EXPERT WITNESSES** |
| THE ARCHDIOCESE OF DUBUQUE | ) | |
| and WILLIAM T. SCHWARTZ, | ) | |
| | ) | |
| Defendants. | ) | |

The Plaintiff, Joseph Faucher, hereby identifies the following expert witnesses who may be called to testify as expert witnesses at the time of trial:

Thomas Doyle
Bethesda, MD

A. W. Richard Sipe
2825 Ridgegate Row
LaJolla, CA 92037

Gary Schoener
Executive Director
Walk-In Counseling Center
2421 Chicago Avenue South
Minneapolis, MN

Dr. Carroll Roland
819 Olympic Drive
Waterloo, IA 50701

The Plaintiff reserves the right to call rebuttal witnesses and any witnesses designated by the Defendant.

Respectfully Submitted,

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY:    s/Thomas L. Staack
            Thomas L. Staack  Iowa Bar #000005220
            LEAD COUNSEL

BY:    s/Chad A. Swanson
            Chad A. Swanson  Iowa Bar #000014657

            3151 Brockway Road
            P.O. Box 810
            Waterloo, Iowa 50704
            (319) 234-4471
            (319) 234-8029 FAX
            staackt@wloolaw.com
            swansonc@wloolaw.com

Copy electronically served upon:

Brendan T. Quann
Davin C. Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, 200
P. O. Box 599
Dubuque, IA 52001-0599
ATTORNEYS FOR THE
ARCHDIOCESE OF DUBUQUE

Werner Hellmer
Day & Hellmer, P.C.
1141 Main Street
Dubuque, IA 52001
ATTORNEY FOR
WILLIAM T. SCHWARTZ