IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

JOSEPH FAUCHER,                    )
                                   )
            Plaintiff,             )        No. C05-1010-JAJ
                                   )
vs.                                )
                                   )
THE ARCHDIOCESE OF DUBUQUE         )
and WILLIAM T. SCHWARTZ,           )
                                   )
            Defendants.            )

---

## DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

---

COMES NOW Defendant, William T. Schwartz, and hereby reserves the right to call rebuttal witnesses and/or any expert witnesses designated by Plaintiff or Defendant, the Archdiocese of Dubuque.

Respectfully submitted,

WILLIAM T. SCHWARTZ, Defendant,

By:     ___/s/Werner Hellmer_____
        Werner Hellmer, AIN: 000002266
        DAY, HELLMER & STRAKA, P.C.
        1141 Main Street
        Dubuque, Iowa 52001
        Telephone: 563/557-1885
        Facsimile:  563/557-2335
        ATTORNEY FOR DEFENDANT
        WILLIAM T. SCHWARTZ

Original filed electronically.

Copies via electronic service to:

Attorneys Thomas L. Staack and
Chad A. Swanson
Dutton, Braun, Staack
 & Hellman, P.L.C.
3151 Brockway Road, P.O. Box 810
Waterloo, IA 50704

Copy to:

Brendan T. Quann and
Davin Curtiss
O'Connor & Thomas, P.C.
700 Locust Street, Suite 200
P.O. Box 599
Dubuque, IA 52001