IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JOSEPH FAUCHER, | ) | No. C05-1010 JAJ |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST THE ARCHDIOCESE OF DUBUQUE** |
| THE ARCHDIOCESE OF DUBUQUE and WILLIAM T. SCHWARTZ, | ) | |
| Defendants. | ) | |

Plaintiff Joseph Faucher and the Archdiocese of Dubuque, through their undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss with prejudice Plaintiff's complaint against Defendant the Archdiocese of Dubuque with the parties bearing their respective costs. Plaintiff's pending lawsuit and claims against Defendant William T. Schwartz are specifically reserved and are not dismissed.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: _____
Thomas L. Staack
Iowa Bar #000005220

BY: _____
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471

1

(319) 234-8029 FAX
staackt@wloolaw.com
swansonc@wloolaw.com

O'CONNOR & THOMAS, P.C.
Attorneys for Defendant

BY: _____
Brendan T. Quann   000004440

BY: _____
Davin C. Curtiss   000014786

700 Locust Street, Suite 200
P. O. Box 599
Dubuque, Iowa 52004-0599
563-557-8400
563-556-1867 FAX
bquann@octhomaslaw.com
dcurtiss@octhomaslaw.com

I:\Lit\TLS\ABUSE-PRIEST\Faucher\Pleadings\Stipulated Dismissal With Prejudice.Archdiocese.wpd

2