IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| JOSEPH FAUCHER, | ) | No. C05-1010 JAJ |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST WILLIAM T. SCHWARTZ** |
| THE ARCHDIOCESE OF DUBUQUE and WILLIAM T. SCHWARTZ, | ) | |
| Defendants. | ) | |

Plaintiff Joseph Faucher and William T. Schwartz, through their undersigned counsel pursuant to Fed. R. Civ. P. 41(a)(1)(ii), by this Stipulation dismiss with prejudice Plaintiff's complaint against Defendant William T. Schwartz with the parties bearing their respective costs.

DUTTON, BRAUN, STAACK & HELLMAN, P.L.C
Attorneys for the Plaintiff

BY: *Thomas L. Staack /s/CAS*
Thomas L. Staack
Iowa Bar #000005220

BY: *Chad A. Swanson*
Chad A. Swanson
Iowa Bar #000014657

3151 Brockway Road
P.O. Box 810
Waterloo, Iowa 50704
(319) 234-4471
(319) 234-8029 FAX
staackt@wloolaw.com

1

swansonc@wloolaw.com

DAY, HELLMER & STRAKA, P.C.
Attorneys for Defendant

BY: _____
Werner Hellmer     000002266

1141 Main Street
Dubuque, Iowa 52001
563-557-1885
563-557-2335
DayHellmerlawdbq@aol.com

I:\Lit\TLS\ABUSE-PRIEST\Faucher\Pleadings\Stipulated Dismissal With Prejudice.Schwartz.wpd